BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

PHILIP GUENTERT (CABN 147374)
Chief, Criminal Division

JEROME MAYER-CANTÚ (CABN 291623)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7301
Facsimile: (415) 436-7234
jerome.mayer-cantu@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 16-138 CRB |
|---|---|
| Plaintiff, | ) **STIPULATED ORDER SETTING BRIEFING SCHEDULE** |
| v. | ) |
| ERIC DELK, | ) |
| Defendant. | ) |

The government intends to file a motion to appeal an order releasing Mr. Delk before trial. The parties have stipulated to the following briefing schedule:

The government will file its motion and opening brief on August 15, 2016.

The defendant will file his response on or before August 19, 2016.

The government will file a reply (if necessary) on or before August 22, 2016.

The motion will be heard before this Court on August 24, 2016 at 2:00 p.m.

//

//

//

1

Dated: August 15, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

*Jerome Mayer-Cantú*
JEROME MAYER-CANTÚ
Assistant United States Attorney

*Elizabeth Falk*
ELIZABETH FALK
Assistant Federal Public Defender

IT IS SO ORDERED.

August 16, 2016
DATED

HON. CHARLES R. BREYER
Senior United States District Judge

2